IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 2 2 2007
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff, | §<br>§<br>§ |
| v. | §    CIVIL ACTION NO. B-05-275 |
| 1999 PONTIAC TRANS AM,<br>　　Defendant. | §<br>§<br>§<br>§ |

### FINAL JUDGMENT OF FORFEITURE

BE IT REMEMBERED that on January 22, 2007, the Court **ORDERED** default judgment to be entered against Defendant 1999 Pontiac Trans Am, VIN 2G2FV22G6X2201321 and **ORDERED** that said Defendant is forfeited to the United States of America and shall be disposed of by the United States Marshal's Service.

DONE at Brownsville, Texas, this 22 day of January, 2007.

Hilda G. Tagle
United States District Judge